Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 25 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of ARIZONA

Division - TUCSON

Patricia V. Carrillo

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Pima County Clerk of the Superior Court

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **CV-23-00439-TUC-AMM**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Patricia V. Carrillo
Street Address          4032 South Lundy Avenue
City and County         Tucson and Pima County
State and Zip Code      Arizona and 85714
Telephone Number        520-461-2683
E-mail Address          pandabear201416@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page    of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — GARY HARRISON

Job or Title *(if known)* — Clerk of the Pima County Superior Court

Street Address — 110 West Congress Street

City and County — Tucson and Pima County

State and Zip Code — Arizona and 85701

Telephone Number — 520-724-3200

E-mail Address *(if known)* —

Defendant No. 2

Name — Louise Bietel

Job or Title *(if known)* — Human Resources, Director of Pinn County Superior Court

Street Address — 110 West Congress Street

City and County — Tucson and Pima County

State and Zip Code — Arizona and 85701

Telephone Number — 520-724-3548

E-mail Address *(if known)* —

Defendant No. 3

Name — Jason Mayou

Job or Title *(if known)* — Clerk of Superior Court Imaging Unit Serpervisor

Street Address — 110 West Congress Street

City and County — Tucson and Pima County

State and Zip Code — Arizona and 85701

Telephone Number — 520-724-3277

E-mail Address *(if known)* —

Defendant No. 4

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964
Cause of discrimination based on:
AGE, National Origin and Retaliation

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.      Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Mr. Mayor, Sup. set me up and targeted me and my almost 21 yrs of livlihood by creating an extremely Hostile and toxic work environment, Ostracization and condensing tactics against me in front of co-workers, Retaliated against me when I went to Human Resources and the Clerk of the Court. I did my best to save my career. None of the clefts provided healthy Resolutions nor mediation with any other options. I was under constant threat while on FMLA.

## IV.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was under daily extreme stress and fear due to discrimination, Harassment, ostrazation in a created Hostile and toxic work environment. Bullying tactics to go to ladies Room. Developed a blood clot because I was not allowed to walk per physicians order. On XKAKO for months. Mr. Harrison, Clerk approaching me twice. Once by the time clock to try to convince me Mr. Mayor was a new in experience Sup. He is not doing nothing wrong. 2ND time the Clerk waited for me after a few Minutes after 5:00pm to once again state nothing is going on and just do my Job! Collection of Negative Ltrs against me from co-workers/friends upon their retirement exit,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    September 25, 2023

Signature of Plaintiff    *Patricia V. Carrillo*

Printed Name of Plaintiff    Patricia V. Carrillo

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____